IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAVANNA CURRY, § | |
| § | |
| Plaintiff, § | Civil Action No. 5:16-cv-00825-OLG |
| § | |
| v. § | |
| § | |
| AMERICAN INTERCONTINENTAL § | |
| UNIVERSITRY, § | |
| § | |
| Defendant. § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/* Terance A. Gonsalves

Terance A. Gonsalves
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Phone: 312-577-1275
Fax: 312-577-1370
Email: tgonsalves@steptoe.com  Attorney for the Defendant

Date: June 23, 2017

*/s/* Amy L. Bennecoff Ginsburg

Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: June 23, 2017

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 23rd day of June, 2017:

Terance A. Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Phone: 312-577-1275
Fax: 312-577-1370
Email: tgonsalves@steptoe.com
Attorney for the Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff